UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 6, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : MAGISTRATE NO. 25-MJ-00119 |
| LAMONT HAMMOND, JR., | : VIOLATIONS: |
| Defendant. | : 18 U.S.C. § 922(g)(1) |
| | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | 22 D.C. Code § 4503(a)(1), (b)(1) (Unlawful Possession of a Firearm (Crime of Violence)) |
| | 22 D.C. Code § 4514(a), (c)(1) (Possession of a Prohibited Weapon (Felony)) |
| | 22 D.C. Code § 3215(b), (d)(1) (Unauthorized Use of a Motor Vehicle) |
| | FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about July 10, 2025, within the District of Columbia, **LAMONT HAMMOND, JR.**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Case Nos. 2011-CF3-007175, 2011-CF3-009910,

1

2019-CF2-007098, and 2020-CF2-007370, did unlawfully and knowingly possess ammunition, that is, FC 9mm+P cartridges, and did unlawfully and knowingly receive and possess such ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about July 10, 2025, within the District of Columbia, **LAMONT HAMMOND, JR.**, knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Case Nos. 2011-CF3-007175, 2011-CF3-009910, 2019-CF2-007098, and 2020-CF2-007370, including the following Crimes of Violence as defined in 23 D.C. Code, Section 1331(4), Robbery, in D.C. Superior Court Case No. 2011-CF3-007175, and Assault With a Dangerous Weapon, in D.C. Superior Court Case No. 2011-CF3-009910, owned, kept, and had within his possession and control, a firearm.

**(Unlawful Possession of a Firearm (Crime of Violence)**, in violation of Title 22, District of Columbia Code, Section 4503(a)(1), (b)(1))

## COUNT THREE

On or about July 10, 2025, within the District of Columbia, **LAMONT HAMMOND, JR.** did unlawfully have in his possession a ghost gun.

**(Possession of a Prohibited Weapon (Felony)**, in violation of Title 22, District of Columbia Code, Section 4514(a), (c)(1))

## COUNT FOUR

On or about July 10, 2025, within the District of Columbia, **LAMONT HAMMOND, JR.**, feloniously did take, use, and operate a motor vehicle, property of Simeon Dillard, and did take, use, and operate that motor vehicle for his own purpose, without the consent of Simeon Dillard, the owner of that motor vehicle.

**(Unauthorized Use of a Motor Vehicle**, in violation of Title 22, District of Columbia Code, Section 3215(b), (d)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, **LAMONT HAMMOND, JR.** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense(s).

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

A TRUE BILL:

By: *[signature]*
NIHAR MOHANTY
ASSISTANT UNITED STATES ATTORNEY

FOREPERSON.